FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 25 2005

JAMES W. McCORMACK, CLE
By: _____
            DEP CLE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIEGFRIED LEWIS                                    PLAINTIFFS
JOE LEE WRIGHT

V.                      NO. 4-05-CV-1206 SWW

ARKANSAS STATE POLICE                              DEFENDANTS
STEVE DOZIER

This case assigned to District Judge Wright
and to Magistrate Judge _____

COMPLAINT

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1343. This is an action to secure redress of rights secured by the Constitution and laws of the United States. This is also an action for damages and other relief as set out below.

2. Plaintiffs Siegfried Lewis and Joe Lee Wright are black male citizens over the age of 42 years of age of the United States who resides in Pulaski County.

3. Defendant Arkansas State Police (hereinafter ASP) is operated as a police agency under the laws of the State of Arkansas.

4. Defendant Steve Dozier is the agency head for ASP and functions, inter alia, as the ultimate superior for all law enforcement personnel at ASP, including plaintiffs.

5. Defendant ASP is an employer within the meaning of the 42 U.S.C. 2000(e) (hereinafter the Act).

6. Both Plaintiffs have worked for defendant ASP for more than 20 years each and have functioned in the capacity of law enforcement officers.

7. Defendants have treated plaintiffs adversely different than younger and or white officers who were similarly situated. The preferential treatment accorded to those younger and or white officers has been in the areas of pay, promotion, training, supervisory function, placement, shift schedules and other beneficial aspects of employment.

8. Defendants have given preferential treatment to the white and or younger officers over plaintiffs even when plaintiffs were better qualified and or tested higher than the white and or younger officers

9. Defendants have harassed and discriminated against plaintiffs directly and in part based upon plaintiffs' age, race, sex and because of their past involvement in civil rights actions against defendants.

10. ASP has a long history of discrimination against black officers such as plaintiffs.

11. Plaintiffs had previously filed complaints with the E.E.O.C. and received Right to Sue. Note Exhibit A attached hereto.

12. The afford stated conduct of the defendants offends 42 U.S.C. Section 2000(e) of the Civil Rights Act of 1991 as amended and other federal laws. Plaintiffs have been damaged by this treatment and are entitled to compensation and other damages thereof. Plaintiffs have no other legal recourse, except this suit for equitable relief and damages.

13. Plaintiffs request that this matter be set for a jury trial.

WHEREFORE, all premises considered, plaintiffs pray relief as follows:

A. Preliminary and permanent injunction preventing the defendants, their agents, successors, employees and those acting in concert with defendants under or at their direction from engaging in such intentional discriminatory policies and practices as complained of herein.

B. A declaratory judgment that the actions of the defendants complained of herein violated plaintiffs' rights guaranteed by Section 2000(e) and other constitutional provisions.

C. Punitive damages, back pay and all benefits that plaintiffs lost as a result of being discriminated against, such as hospitalization, dental, seniority rights, overtime pay, any promotions or shift-pay differentials,

participation in pension plan, retirement options, stock options, 401(k) plans and all other benefits they would have enjoyed had they not been discriminated against in their employment with ASP.

D. Costs of this action, including an award of reasonable attorney fees and all other costs and relief to which he is entitled. The total of all claims in this matter exceed $250,000.

Respectfully submitted,

MCCULLOUGH LAW FIRM
P.O. Box 251963
Little Rock, AR 72225
(501) 664.1010

BY: _____
R.S. MCCULLOUGH
(ARK. BAR #85-102)

complat7.lewis.wright

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Siegfried Lewis<br>5701 Dreher Lane<br>Little Rock, AR 72209 | From: Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 251-2005-00357 | Rita Barnes, Investigator | (501) 324-5552 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kay Klugh / LD_          052605

Enclosure(s)     Karen Klugh, Director     (Date Mailed)

cc: Alice Eastwood
Legal Counsel
ARKANSAS STATE POLICE
1 State Police Plaza Dr.
Little Rock, AR 72209

*Exhibit A1*